UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-21559-CIV-UNGARO

JOSE MORALES-VAZQUEZ,

    Plaintiff,

v.

MICHAEL MUKASEY, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon Defendants' Motion to Dismiss for Mootness, Notice of Filing Denial of Application for Naturalization, and Memorandum of Law, filed July 18, 2008 (D.E. 6).

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises. Defendants move the Court to dismiss the above-styled action as moot because Plaintiff's Application for Naturalization has already been denied. Plaintiff does not oppose the Motion. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motion (D.E. 6) is GRANTED and this cause is DISMISSED WITH PREJUDICE. It is further

ORDERED AND ADJUDGED that all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of July, 2008.

                                                        */s/ Ursula Ungaro*
                                                        URSULA UNGARO
                                                        UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record